[No. 15738-1-II.   Division Two.   August 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN
HYPKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-02244-7, Thomas A. Swayze, Jr., J., entered
January 30, 1992. *Affirmed* by unpublished opinion per
Morgan, C.J., concurred in by Alexander and Houghton, JJ.

[No. 15813-2-II.   Division Two.   August 10, 1994.]

MICHAEL R. COHAGEN, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-2-03510-1, Robert L. Harris, J., entered Feb-
ruary 4, 1992. *Affirmed* by unpublished opinion per Morgan,
C.J., concurred in by Alexander and Houghton, JJ.

[No. 15717-9-II.   Division Two.   August 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DAVID HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 91-1-00148-0, Gary W. Velie, J., entered Febru-
ary 19, 1992. *Reversed* and *dismissed* by unpublished opinion
per Morgan, C.J., concurred in by Alexander and Houghton,
JJ.

[No. 16212-1-II.   Division Two.   August 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
ANDREW NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00064-4, Thomas L. Lodge, J., entered June
16, 1992. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Morgan, C.J., and Houghton, J.